UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Willie Pridgen,<br><br>   Plaintiff,<br>v.<br><br>Credit Collection Services; and DOES 1-10, inclusive,<br><br>   Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.:   2:10-cv-4466-JHS<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 30, 2011

                                        Respectfully submitted,

                                        PLAINTIFF, Willie Pridgen

                                        /s/ Jody B. Burton

                                        Jody B. Burton, Esq.
                                        Bar No.: 71681
                                        **LEMBERG & ASSOCIATES L.L.C.**
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (877) 795-3666
                                        jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Jody B. Burton_____

                                      Jody B. Burton