UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Willie Pridgen, | : |
| | : Civil Action No.: 2:10-cv-4466-JHS |
| Plaintiff, | : |
| v. | : |
| | : |
| Credit Collection Services; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Credit Collection Services with prejudice and without costs to any party.

| | |
|---|---|
| Willie Pridgen | Credit Collection Services |
| /s/ Jody B. Burton | AMS 121 |
| Jody B. Burton, Esq. | Andrew M. Schwartz |
| Bar No.: 71681 | MARSHALL DENNEHEY WARNER |
| LEMBERG & ASSOCIATES | COLEMAN & GOGGIN |
| 1100 Summer Street, 3rd Floor | 1845 Walnut St, 17th Floor |
| Stamford, CT 06905 | Philadelphia, PA 19103 |
| (203) 653-2250 | 215-575-2765 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Jody B. Burton_____
                                                  Jody B. Burton